IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAWN STACY, ) | |
| ) | |
| Plaintiff, ) | No. 3:11-1241 |
| ) | |
| v. ) | Magistrate Judge Bryant |
| ) | JURY DEMAND |
| MVT SERVICES, LLC, and BRIAN ) | |
| STOTT, individually, ) | |
| ) | |
| Defendants. | |

### ORDER GRANTING DISMISSAL WITH PREJUDICE

Plaintiff filed a Stipulation of Dismissal, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Defendant joined in the stipulation. It is therefore ORDERED that Plaintiff's claims be dismissed with prejudice, with each party to bear its own costs and fees. This is the final order in this case.

It is so **ORDERED**.

**ENTERED** this the __19th__ day of ____July____, 2012.

*s/ John S. Bryant*
JOHN S. BRYANT
United States Magistrate Judge

**PREPARED FOR ENTRY BY:**

/s/ Cheyanne K. Kinghorn
Cheyanne K. Kinghorn, #28305
Kinghorn Law, PLLC
3200 West End Avenue, Suite 500
Nashville, Tennessee 37203
615.573.3206
Fax: 615.634.4849
*Attorney for Plaintiff*

**APPROVED FOR ENTRY BY:**

/s/ Tara L. Presnell
Tara L. Presnell (BPR# 024424)
Rachel Ross (BPR# 027501)
LITTLER MENDELSON, P.C.
3200 West End Avenue, Suite 500
Nashville, Tennessee 37203
 (615) 383-3033 (main)
(615) 256-8197 (fax)
*Attorneys for Defendants*